IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-263-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TAMARA PERRY MCCAFFITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the petitions of Wells Fargo Bank, N.A. [DE-36], Coastal Federal Credit Union [DE-40], Dwayne Gray [DE-42], Wake County Revenue Department [DE-44], Edward McCaffity [DE-48], and JPMorgan Chase Bank, National Association [DE-51] to determine interests in property subject to forfeiture. Under the criminal forfeiture statute, a person asserting a legal interest in property ordered forfeited may request a hearing for the court to adjudicate the validity of the interest asserted, and such a hearing was requested. 21 U.S.C. § 853(n)(2). Accordingly, a hearing on the petitions [DE-36, -40, -42, -44, -48, -51], shall be held on **Thursday, May 16, 2019, at 10:30 a.m.** in Courtroom 3 of the Alton Lennon Federal Building and Courthouse in Wilmington, North Carolina. In advance of the hearing, by no later than **May 7, 2019**, the Government shall file a response setting forth its position regarding the interests asserted in the petitions, and any petitioner may file a response setting forth its position relative to other petitioners asserting interests in the same property.

SO ORDERED, this the 23rd day of April 2019.

_____
Robert B. Jones, Jr.
United States Magistrate Judge